UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT JACKSON JETT,**

    Petitioner,

v.                                                     Case No. 3:20cv5432-MCR/MAF

**BARTLETT, ACTING WARDEN,**

    Respondent.
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated December 4, 2020. ECF No. 10. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed. *See* ECF No. 11.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Robert Jackson Jett pursuant to 28 U.S.C. § 2241 petition is **DENIED**.

**DONE AND ORDERED** this 28th day of December, 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**